FILED
2023 Mar-03 PM 04:46
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ANGELA CARTER-WASHINGTON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILMINGTON TRUST, N.A. and )<br>FAY SERVICING, )<br>)<br>Defendants. ) | Case No. 2:23-cv-00236-SGC |

## CORPORATE DISCLOSURE STATEMENT

In accordance with Federal Rule of Civil Procedure 7.1, Defendant Wilmington Trust, National Association, not in its individual capacity by solely as trustee for MFRA Trust 2014-2 (Wilmington) states that it is a wholly-owned subsidiary of Wilmington Trust Corporation, which is a wholly owned subsidiary of M&T Bank Corporation. M&T Bank Corporation is a publicly-traded company whose shares are traded on the New York Stock Exchange, and no publicly held company owns 10% or more of M&T Bank Corporation's shares.

Respectfully submitted,

/s/ Jade E. Sipes
JADE E. SIPES
Attorney for Defendants

**OF COUNSEL:**
BAKER, DONELSON, BEARMAN,
　CALDWELL & BERKOWITZ, P.C.
420 20th Street North, Suite 1400

Birmingham, Alabama 35203
Telephone (205) 328-0480
Facsimile (205) 322-8007
jsipes@bakerdonelson.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 3, 2023, the foregoing has been served upon the following counsel of record via this Court's electronic filing system as follows:

Monica Austin-Hatcher, Esq.
HATCHER LAW OFFICE, LLC
1301 Center Point Parkway, Suite 109
Birmingham, Alabama 35215

          /s/ Jade E. Sipes
          OF COUNSEL